IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN AJPACCAJA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3-20-cv-00889 |
| | ) JUDGE RICHARDSON |
| IES RESIDENTIAL, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiffs and Defendant IES Residential, Inc. and IES Holdings, Inc. a/k/a Integrated Electrical Systems, Inc. have filed a Stipulation and Notice of Voluntary Dismissal (Doc. No. 16), indicating that Plaintiffs are declining to further prosecute this action and wish to dismiss their claims against these two Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Under that Rule, the Stipulation of Dismissal sufficed to dismiss this action without any action on the part of the Court. Because the Stipulation does not state otherwise, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

In the same document (Doc. No. 16), Plaintiffs have also filed a Notice of Dismissal as to Defendant Armando Lopez pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Fed. R. Civ. P. 4(m). This Notice was filed before Defendant Lopez was served with process in this action, so it clearly was filed before he had filed either an answer or a motion for summary judgment and, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Notice of Dismissal sufficed to dismiss this action without any action on the part of the Court. Again, because the Notice fails to state otherwise, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Accordingly, the Court acknowledges that this action has been **DISMISSED** in its entirety without prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE